IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES ANDREWS and ALESIA ANDREWS,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )   CIVIL ACTION NO. 15-0492-CG-N ) |
| **CAMPING WORLD INC. d/b/a Camping World RV Sales, et al.,** | ) ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Court hereby **ADOPTS** that portion of the Report and Recommendation (Doc. 37) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and Federal Rule of Civil Procedure 72(b) and dated November 16, 2015, recommending that the Plaintiffs' motion to remand be granted.

Accordingly, it is **ORDERED** that the Plaintiffs' Motion to Remand (Doc. 15) is **GRANTED** and that this case is **REMANDED** to the Circuit Court of Clarke County, Alabama.

**DONE and ORDERED** this 2nd day of December, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE